IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ANDREW JACKSON SMITH,** | : |
| Petitioner, | : |
| v. | :   **CIVIL ACTION 08-0150-CG-M** |
| **WARDEN DEVILLE,** | : |
| Respondent. | : |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this petition be **DENIED** and that this action be **DISMISSED** as time-barred.

**DONE and ORDERED** this 21st day of July, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE